IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| M.K. CHAMBERS COMPANY, *et al.*, | Case No. 2:13-cv-11379 |
| Plaintiffs, | Judge Denise Page Hood |
| v. | Magistrate Michael J. Hluchaniuk |
| SYLVIA M. BURWELL, *et al.*, | |
| Defendants. | |

**STIPULATED ORDER ENTERING PRELIMINARY INJUNCTION**

IT IS HEREBY ORDERED that Defendants are preliminarily ENJOINED until further order of the Court from enforcing against Plaintiffs, their group health plan, and the group health insurance coverage provided in connection with that plan, the statute and regulations that require Plaintiffs to provide their employees coverage for "[a]ll Food and Drug Administration approved contraceptive methods, sterilization procedures, and patient education and counseling for all women with reproductive capacity," 77 Fed. Reg. 8725 (Feb. 15, 2012). This Order applies only to requirements regarding the provision of coverage for the contraceptive services to which Plaintiffs object on religious grounds. It should not be construed as applying to any other healthcare coverage required by law, including coverage of the other services required by the regulations regarding Women's Preventive Healthcare.

IT IS FURTHER ORDERED that no bond is required.

IT IS SO ORDERED.

Dated: August 21, 2014                    s/Denise Page Hood
                                          Hon. Denise Page Hood
                                          United States District Court Judge

| | |
|---|---|
| /s/ Kimberly A. Cochrane<br>THE TROY LAW FIRM<br>DANIEL E. CHAPMAN<br>KIMBERLY A. COCHRANE<br>888 W. Big Beaver Road, Ste. 1400<br>Troy, MI 48084<br>(248) 244-9100<br>dchapman@troylawfirm.com<br>kcochrane@troylawfirm.com<br>(248) 244-9100<br><br>*Attorneys for Plaintiffs* | */s/ Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20001<br>Tel: (202) 514-3367; Fax: (202) 616-8470<br>Email: bradley.p.humphreys@usdoj.gov<br>VA Bar. No. 83212<br><br>*Attorneys for Defendants* |